UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-62434-CIV-WILLIAMS

JAMES R. MITCHELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on United States Magistrate Judge Alicia O. Valle's Paperless Report and Recommendation ("***the Report***") (DE 24) on Plaintiff James R. Mitchell's ("***Plaintiff***") Unopposed Motion for Attorney's Fees ("***the Motion***"). (DE 23.) In the Report, Judge Valle recommends that the Court grants Plaintiff's Motion and awards her a total of $4,495.46 in attorney's fees, to be paid to Plaintiff's counsel once the U.S. Department of Treasury determines that Plaintiff owes no debt to the United States. (DE 24.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 24) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Unopposed Motion for Attorney's Fees (DE 23) is **GRANTED**.
3. In accordance with the Court's Order of Remand and Final Judgment (DE 21), this case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 9th day of December, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE